No. 1958. EL PUEBLO, APELADO, *v.* CORTÉS, APELANTE.— Corte de Distrito de Humacao. Acometimiento y agresión. Resuelto en noviembre 23, 1922. Se ha examinado la transcripción de antos y no apareciendo haberse cometido error fundamental alguno, se confirma la sentencia.

No. 2853. LUGO ET AL., APELADOS, *v.* LUGO, APELANTE.—Corte de Distrito de Ponce. Resuelto en noviembre 23, 1922. Apareciendo que la transcripción de autos quedó archivada en agosto 30 y se concedió al apelante en septiembre 5, siguiente una prórroga de 30 días para presentar el alegato, la cual venció en octubre 9, sin que se hubiera radicado ni solicitado nueva prórroga; que por tal motivo el apelado solicitó en 7 de noviembre, 1922, la desestimación del recurso habiendo entonces en noviembre 20, 1922, el apelante archivado el alegato, con una moción tratando de explicar la razón de no haberla presentado antes, el tribunal resolvió declarar con lugar la moción del apelado y desestimar la apelación.

No. 1963. EL PUEBLO, APELADO, *v.* SÁNCHEZ Y MOJICA, APELANTE EL SEGUNDO.—Corte de Distrito de San Juan, Distrito Segundo. Hurto mayor. Resuelto en noviembre 27, 1922. No existe pliego de excepciones ni exposición del caso sin que hubiera el apelante radicado alegato alguno y no apareciendo que se haya alegado ni cometido error fundamental, se confirma la sentencia.

No. 1967. EL PUEBLO, APELADO, *v.* ORTIZ, APELANTE. — Corte de Distrito de Ponce. Infracción de la sección 61 de la ley de arbitrios. Resuelto en noviembre 27, 1922. No existe pliego de excepciones ni exposición del caso, sin que el apelante haya radicado alegato y no apareciendo se haya cometido error fundamental alguno, se confirma la sentencia.